

Pillsbury Winthrop Shaw Pittman LLP

1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Edward Flanders
tel: +1.212.858.1638
edward.flanders@pillsburylaw.com

February 4, 2019

<u>**VIA ECF**</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re: *C. Michael Martell v. Cohen Clair Lans Greifer Thorpe & Rottenstreich LLP, et al*; Civil Action No. 1:18-CV-09692

Dear Judge Ramos:

We write on behalf of defendants Cohen Clair Lans Greifer Thorpe & Rottenstreich LLP, Robert Stephen Cohen and Shannon R. Simpson (together, "Defendants") in the above-referenced action to respectfully request oral argument in connection with Defendants' pending motion to dismiss (*see* Dkt. Nos. 13-16), pursuant to Section 2(D) of Your Honor's Individual Practices.

Thank you for your attention to this matter.


Respectfully,

/s/ Edward Flanders

Edward Flanders

cc: William S. Beslow (via CM/ECF)